Chicago—First District—January, 1915.    117

Linn v. United Brotherhood of C. & J. of America, 191 Ill. App. 117.

Gladys Linn, Defendant in Error, v. United Brotherhood of Carpenters and Joiners of America, Plaintiff in Error.

Gen. No. 20,152.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH SABATH, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed January 5, 1915.

## Statement of the Case.

Action by Gladys Linn against the United Brotherhood of Carpenters and Joiners of America to recover a funeral donation or benefit of two hundred dollars, plaintiff being the widow of Robert Linn, who was a member of defendant Brotherhood. Defendant claimed that the death of Linn was caused by intemperance or his own improper conduct; that he died of *delirium tremens* and that under the constitution of the Brotherhood he was not entitled to any funds. The case was tried before the court with a jury and a verdict was returned in favor of plaintiff for two hundred dollars, upon which judgment was entered, whereupon the defendant brought error.

FRANK FOSTER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

## Abstract of the Decision.

INSURANCE, § 788*—*when use of intoxicants precludes recovery.* In an action to recover a funeral benefit, *held* that the greater preponderance of evidence showed that the plaintiff's intestate died from the effects of the excessive use of alcoholic liquors, and under the constitution of defendant's society, plaintiff was not entitled to benefits, wherefore a verdict in favor of the plaintiff was manifestly wrong.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.